FILED
2026 MAY 27
CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| IN THE MATTER OF CASES RELATED TO *JABON PETERMAN v. INSTRUCTURE, INC.* | GENERAL ORDER 26-007 |
|---|---|

Pursuant to Federal Rule of Civil Procedure 83 and DUCivR 83-2(a),[1] and to streamline procedures, prevent duplicative work, avoid inconsistent decisions, and promote judicial economy among the many proposed class-action cases related to *Peterman v. Instructure, Inc.*, Case No. 2:26-cv-00374-RJS-CMR,

IT IS HEREBY ORDERED that all other cases related to the data breach of Defendant Instructure, Inc.'s, network shall be stayed until the court orders otherwise. As the earliest-filed of these related cases, the stay does not apply to *Peterman v. Instructure, Inc.*, Case No. 2:26-cv-00374-RJS-CMR.[2]

The Clerk of Court is directed to docket this General Order in every related case

---

[1] Fed. R. Civ. P. 83(b) ("A judge may regulate practice in any manner consistent with federal law . . . and the district's local rules."); DUCivR 83-2(a) (providing that the Chief Judge may manage cases for efficiency).

[2] Two Motions to Transfer Related Cases have been filed in *Peterman*. Defendant Instructure, Inc., filed one motion (ECF No. 22), and a plaintiff in a related case has filed a motion urging the transfer of 21 related cases (ECF No. 20).

1

that has been or will be filed while the General Order remains in effect. A list of the related cases filed as of May 27, 2026, is attached as Exhibit A to this General Order.

**SO ORDERED** this 27th day of May 2026.

BY THE COURT:

_____
JILL N. PARRISH
Chief United States District Judge

2

**Exhibit A**

**List of Currently Filed Cases Related to Peterman v. Instructure, Inc. (2:26-cv-00374)**

| | | |
|---|---|---|
| 2:26-cv-00380-DBP | Sarkis v. Instructure, Inc. | filed 05/06/26 |
| 2:26-cv-00382-DBB-DBP | Islas v. Instructure, Inc. | filed 05/07/26 |
| 2:26-cv-00385-TC-DAO | Singh v. Instructure, Inc. | filed 05/07/26 |
| 2:26-cv-00387-JCB | Steinhoff v. Instructure, Inc. | filed 05/07/26 |
| 2:26-cv-00388-DBB-DAO | Escoto v. Instructure, Inc. | filed 05/07/26 |
| 2:26-cv-00391-TS | Sabre et al v. Instructure, Inc. | filed 05/08/26 |
| 2:26-cv-00393-CMR | Monville v. Instructure, Inc. | filed 05/08/26 |
| 2:26-cv-00394-RJS-CMR | Verbish v. Instructure, Inc. | filed 05/08/26 |
| 2:26-cv-00395-TC | Coelho v. Instructure, Inc. | filed 05/08/26 |
| 2:26-cv-00396-DBP | Nelson v. Instructure, Inc. | filed 05/08/26 |
| 2:26-cv-00397-JCB | Hall v. Instructure, Inc. | filed 05/08/26 |
| 2:26-cv-00399-JCB | Brown v. Instructure, Inc. | filed 05/08/26 |
| 2:26-cv-00400-TC | Clarkson et al v. Instructure, Inc. | filed 05/08/26 |
| 2:26-cv-00401-CMR | Doe v. Instructure, Inc. | filed 05/09/26 |
| 2:26-cv-00407-RJS-DAO | Hernandez-Silva et al v. Instructure Inc | filed 05/11/26 |

3

| | | |
|---|---|---|
| 2:26-cv-00408-DBP | Hamersley v. Instructure, Inc. et al | filed 05/11/26 |
| 2:26-cv-00412-HCN-DAO | Hornthal v. Instructure, Inc. | filed 05/12/26 |
| 2:26-cv-00414-AMA-DBP | Rios et al v. Instructure, Inc. | filed 05/12/26 |
| 2:26-cv-00417-DBP | Schneider v. Instructure, Inc. | filed 05/12/26 |
| 2:26-cv-00418-RJS-CMR | Khorami v. Instructure Holdings | filed 05/12/26 |
| 2:26-cv-00431-AMA-DBP | Moran v. Instructure, Inc. | filed 05/13/26 |
| 2:26-cv-00440-RJS-CMR | McFadden v. Instructure, Inc. | filed 05/14/26 |
| 2:26-cv-00447-DBB-DAO | Odom v. Instructure Inc | filed 05/15/26 |
| 2:26-cv-00448-DBP | Bonham et al v. Instructure, Inc. | filed 05/15/26 |
| 2:26-cv-00452-TS-DAO | Becker v. Instructure Inc | filed 05/18/26 |
| 2:26-cv-00453-CMR | Cox v. Instructure Inc | filed 05/18/26 |
| 2:26-cv-00459-RJS-CMR | Price v. Instructure Inc | filed 05/19/26 |
| 2:26-cv-00467-DBP | Zellers v. Instructure Inc | filed 05/21/26 |
| 2:26-cv-472-AMA | Moore Public Schools v. Instructure, Inc. | filed 05/22/26 |
| 2:26-cv-480-DBP | Costa v. Instructure Inc | filed 05/26/26 |